NANCYROSE HERNANDEZ, 312097
LAW OFFICE OF NANCYROSE HERNANDEZ
26636 Margarita Road, Suite 101
Murrieta, CA 92563
Tel: (951) 708-1497
Fax: (951) 905-1632
Email: nancyrose@lawofficeofnancyrosehernandez.com
Attorney for KESKIM SHILLINGFORD

DAVID A. YUDELSON (SBN 325316)
dyudelson@constangy.com
DAVID A. CRANE (SBN 325316)
dcrane@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: 310-909-7775
Facsimile:  424-465-6630
*Attorneys for Defendant*
*WALMART INC.*
*(erroneously sued as WALMART, INC.)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESKIM SHILLINGFORD, an individual;<br><br>Plaintiff,<br><br>vs<br><br>WALMART, INC., a California Corporation; DOES 1 through 50, inclusive; | Case No. 5:21-cv-000448 JGB (SHKx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Defendant(s).

# STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay his or its own attorney's fees and costs.

Dated: April 27, 2023    **LAW OFFICE OF NANCYROSE HERNANDEZ**

By: /s/ Nancyrose Hernandez
Nancyrose Hernandez
Attorney for Plaintiff,
Keskim Shillingford

Dated: April 27, 2023    **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: /s/David A. Yudelson
David A. Yudelson
David A. Crane
Attorneys for Defendant
WALMART INC. (erroneously sued as WALMART, INC.)

### Attestation

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that David A. Yudelson, on whose behalf this filing is jointly submitted, has concurred in this filing content and has authorized me to file this document.